UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MAY,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT MCDONALD, et al.,<br><br>        Defendants. | Case No. 14-cv-04579-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 27)** |

The court held a case management conference in this matter on April 14, 2015.[1] Subsequently, the court granted Defendants' motion to dismiss,[2] Plaintiff Vincent May filed an amended complaint[3] and the court partially granted another motion to dismiss that complaint.[4] On November 13, 2015, Defendants filed an answer to the operative complaint.[5] Because the pleadings are now fixed, the court sets a schedule based on the parties' most recent joint case management statement[6] as follows:

        IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

---

[1] *See* Docket No. 30.

[2] *See* Docket No. 37.

[3] *See* Docket No. 38.

[4] *See* Docket No. 46.

[5] *See* Docket No. 49.

[6] *See* Docket No. 27.

1

Case No. 14-cv-04579-PSG
CASE SCHEDULING ORDER

1    IT IS FURTHER ORDERED that the parties shall use a letter briefing procedure to resolve
2 discovery disputes.  If the parties are unable to resolve such a dispute through meeting and
3 conferring, each party may submit a five-page letter brief to the court summarizing its position.
4 The court will resolve the dispute on the papers or set a hearing if necessary.
5    IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this
6 case:

Fact Discovery Cut-Off ...................................................................................June 2, 2016

Designation of Opening Experts with Reports........................................................June 16, 2016

Designation of Rebuttal Experts with Reports.....................................................June 30, 2016

Expert Discovery Cut-Off ..................................................................................... July 28, 2016

Dispositive Motions Filing Deadline ............................................................... August 18, 2016

Dispositive Motions Hearing ................................................. September 27, 2016 at 10:00 AM

Pre-Trial Conference ..............................................................November 22, 2016 at 10:00 AM

Jury Trial ..................................................................................... December 12, 2016 at 9:30 AM

**SO ORDERED.**

Dated: March 21, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 14-cv-04579-PSG
CASE SCHEDULING ORDER