UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| VINCENT MAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT BURNS, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-04579-LB<br><br><br>ORDER OF CONDITIONAL DISMISSAL |

The court understands from Judge Ryu that the case settled. The court thus orders that the case be dismissed without prejudice. If any party certifies to the court within **90** days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: November 23, 2016        _____
　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER (No.  14-cv-04579-LB)